IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION TRUST FUND
and NACARCI FEASTER (in his capacity as Trustee),

PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 MARKET RECOVERY FUND,
PLUMBERS LOCAL 75 APPRENTICESHIP TRAINING
FUND and STEVE BREITLOW (in his capacity as Trustee),

            Plaintiffs,

v.

Case No.: 13-cv-371

MORGAN CONTRACTORS, INC.,

            Defendant.

## ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendant in the above-captioned matter, Morgan Contractors, Inc., has failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Morgan Contractors, Inc., pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 29th day of July, 2013.

                                              PETER OPPENEER, Clerk of Court